# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**RICCO DORAL MCHAM, JR.**<br><br>*Defendant.* | **DOCKET NO. 3:24CR215FDW**<br><br>**MOTION TO CONTINUE TRIAL DATE** |

RICCO DORAL MCHAM, JR., by and through his counsel of record, Assistant Federal Defender Steven Slawinski, respectfully requests that this Court continue the trial date presently scheduled for January 6, 2025. As grounds therefore, it is averred:

1. On October 25, 2024, McHam was arraigned on a two-count Bill of Indictment, charging him with drug offenses. He previously was ordered detained pending trial. McHam faces a substantial term of imprisonment if convicted of the counts against him.

2. McHam has not yet reviewed all of the government's initial pretrial discovery and was arraigned only on October 25. Additionally, the parties are engaged in pretrial negotiations. Furthermore, McHam also has a pending supervised release violation before the Court that involves the same conduct as the Indictment.

3. Considering the above, I would ask that this case be adjourned to the Court's next trial term. A docket call is scheduled for January 6, 2025. It is hoped that the parties can reach a resolution that would be in Mr. McHam's best interest and avoid an unnecessary federal trial that carries greater exposure of punishment for him.

4. Additionally, I would ask that any Speedy Trial Act time be excluded based on this

request. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Finally, I have spoken to AUSA Brandon Boykin and he does not oppose this request.

**WHEREFORE,** based on the above, Ricco Doral McHam, Jr. McHam respectfully requests a continuance of his trial date until the Court's next criminal term.

Respectfully submitted:

s/Steven Slawinski
Steven Slawinski
N.C. Bar No. 38956
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
Steven_slawinski@fd.org
*Attorney for Ricco Doral McHam, Jr.*

DATE: December 3, 2024